THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NATHAN EVANS, | CASE NO. C11-0973-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY CORRECTIONS, | |
| Defendant. | |

The Court, after careful consideration of the defendant's motion to dismiss (Dkt. 24), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. (Dkt. No. 14.)

(2) Defendant's motion to dismiss (Dkt. 10) is GRANTED and the matter is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 23rd day of December 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1